CONFERENCE INFORMATION REPORT
FEDERAL RULE OF CIVIL PROCEDURE 16

CIVIL ACTION NO._____

JURY TRIAL _____   NON-JURY TRIAL _____   ARBITRATION _____

SERVICE OF PROCESS MADE _____
                                          Date

CAPTION:

TRIAL COUNSEL _____
REPRESENTING _____
LAW FIRM _____
ADDRESS _____
TELEPHONE AND FAX NUMBER _____
E-MAIL ADDRESS _____ DO YOU HAVE VOICE MAIL? _____

DISCOVERY:   SELF-EXECUTING DISCOVERY COMPLETE?  Yes____   No_____

    ALL OTHER COMPLETED _____   _____   IF NOT, WHEN? _____
                                   Yes      No                Date

    DO YOU EXPECT TO FILE A CASE-DISPOSITIVE MOTION?  IF SO, BY WHAT DATE? _____

    If you contend the discovery period should exceed four months after the last appearance by all defendants is filed, please state reasons: _____

SETTLEMENT:

    CONFERENCE BEFORE MAGISTRATE JUDGE REQUESTED _____   _____
                                                                     Yes    No

    MEDIATION UNDER LOCAL CIVIL RULE 53.3 AND
    MEDIATION PROTOCOL REQUESTED _____   _____
                                               Yes     No

    IF "YES" TO SETTLEMENT CONFERENCE OR MEDIATION,
               AFTER WHAT DATE? _____
                                        Date

TRIAL:
    READY FOR TRIAL _____
                            Date

    TIME TO PRESENT YOUR CASE _____
    TIME FOR ENTIRE TRIAL _____

SPECIAL COMMENTS:
_____
_____

DATE _____     _____
                                                                          Signature of Counsel

                                                                       _____
                                                                       TYPE OR PRINT NAME

The Court expects counsel to confer with counsel's client(s) concerning the preparation of the response to this Report and in anticipation of the Initial Pretrial Conference.  This Report Should be Mailed or Faxed to Chambers at 267-299-5070 or Hand Delivered to Chambers, Room 7614, United States Courthouse, Philadelphia, Pennsylvania, at least three (3) business days before the scheduled Initial Pretrial Conference.